**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**RICHARD ARMATROUT as Executor**
**of the Estate of Karen Armatrout,**

    **Plaintiff,**

v.     Case No.  8:07-cv-1113-T-30TBM

**WAL-MART STORES, INC. and**
**WAL-MART STORES, INC.**
**CORPORATION GRANTOR TRUST,**

    **Defendants.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction and Supporting Memorandum of Law (Dkt. #21), Plaintiff's Response in Opposition to Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction (Dkt. #22), Motion to Dismiss and Motion to Strike First Amended Class Action Complaint and Supporting Memorandum of Law (Dkt. #19), and Plaintiff's Response in Opposition to Motion to Dismiss and Motion to Strike First Amended Class Action Complaint (Dkt. #20).  The Court, having considered the motions, responses, memoranda, argument of counsel, and being otherwise advised in the premises, concludes that a ruling on Defendants' motions to dismiss (Dkts. #21 and 19) should be deferred for a period of 90 days to allow Plaintiff the opportunity to conduct discovery in order to determine the actual amount in controversy.

It is therefore ORDERED AND ADJUDGED that:

1. Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction and Supporting Memorandum of Law (Dkt. #21) and Defendants' Motion to Dismiss and Motion to Strike First Amended Class Action Complaint and Supporting Memorandum of Law (Dkt. #19) are DEFERRED for a period of ninety (90) days from the date of the entry of this Order.

2. Plaintiff may file a supplemental response to Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction (Dkt. #21) within ninety (90) days of the date of the entry of this Order.

3. Defendants may file a reply to Plaintiff's supplemental response, if any, within ten (10) days of the filing of such response.

**DONE** and **ORDERED** in Tampa, Florida on December 6, 2007.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2007\07-cv-1113 mt dismiss 21 and 19.frm